**Order filed December 4, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00613-CV
_____

**CALVIN HEARNE AND BEVERLY HEARNE, Appellants**

**V.**

**KHERA INTEREST, INC., Appellee**

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-61155**

# O R D E R

Appellants' brief was due November 30, 2015**.** No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **December 30, 2015**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM